IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 5:11M5003-001            USA vs. ANDREW AUERNHEIMER

COURT PERSONNEL:                       DEFENDANT'S COUNSEL:

JUDGE: _____          Ken Osborne
                                       (Name)
MAGISTRATE: Erin L. Setser             P O Box 1504
                                       (Address)
CLERK: Gina Hellums                    Fayetteville, AR 72702
                                       (City, States, Zip Code)
RECORDER: Gina Hellums                 (479) 521-7727
                                       (Telephone Number)
GOVERNMENT: Dustin Roberts             ☐ RET   ☐ FPD   ☐ WV   ☒ CJA

INTERPRETER: _____

## INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☒ Proceedings:    ☒ initial appearance   ☐ arraignment and plea
☒ Charges: ☒ magistrate complaint  ☐ information  ☐ indictment  ☐ superseding
☒ Rule 5 - District and case number: New Jersey Mag. No. 11-4022 (CCC)
☐ Petition on supervised release
☒ Level of offense:  ☐ petty  ☐ misdemeanor  ☒ felony
☒ Defendant appeared:   ☒ with counsel  ☐ without counsel
☐ Waiver of counsel executed and filed
☐ CJA23 financial affidavit executed
☒ Counsel appointed
☐ Rule 44 (c) inquiry made regarding joint representation of defendants and advised
    of right to separate representation
☒ Inquiry made regarding defendant's age
☒ Inquiry made regarding defendant's education level and ability to read/write
       ✓  English        _____ Spanish
☒ Inquiry made that defendant is not under the influence of drugs/alcohol
☒ Inquiry made that defendant does not suffer from mental disease or disorder
   and is able to comprehend proceedings
☒ Court finds that defendant is person named in Rule 5 charging document
☒ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

INITIAL APPEARANCE/ARRAIGNMENT AND PLEA
USA vs. ANDREW AUERNHEIMER

☑ Defendant informed of rights
☑ Court finds that defendant has received charging document
☑ Court finds that defendant has read charging document or that it has been read to
  defendant and that it is understood by defendant
☐ Defendant informed of maximum possible penalties, including payment of special
  assessment and restitution
☐ Waiver of indictment executed and filed
☐ Information filed
☐ Indictment read    ☐ substance of charge stated
☐ Information read   ☐ substance of charge stated
☐ Complaint read     ☐ substance of charge stated
☑ Defendant waived reading of:  ☐ indictment  ☐ information  ☑ complaint
☐ Rule 11(e) plea agreement disclosed on record and filed
☐

**DEFENDANT'S PLEA:**
☐ Not Guilty to count(s)
☐ Guilty to count(s)
☐ Nolo contendere to count(s)
☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**
☑ Preliminary hearing    waived in this district
☑ Detention hearing      1/21/11 at 9:00, 4th Floor Ctrm
☐ Revocation hearing
☐ Trial Date
☐ Sentencing Date
☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**
☐ Defendant directed to file Rule 16 discovery motions within _____ days
☐ Government directed to file responses to motions and file its Rule 16 discovery
  motions within _____ days
☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of
  particulars within _____ days after government responses

**BOND** set at  pending outcome of detention hearing
☐ Defendant released on present bond
☐ Defendant to make bond and be released
☑ Defendant remanded to custody of U.S. Marshal's Service

**SPECIAL CONDITIONS OF RELEASE:**
☐ Pretrial supervision as directed by the U.S. Probation Office.
☐

DATE: 1/18/2011

Proceedings began: 2:07
ended: 2:14