IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

     v.        No.  5:11M5003-001

ANDREW AUERNHEIMER                                                DEFENDANT

**O R D E R**

     The defendant requested a detention hearing at the initial appearance on a criminal complaint from the District of New Jersey conducted this date.  Accordingly, the defendant is considered detained and remanded to the custody of the United States Marshal Service pending outcome of detention hearing.

     The detention hearing is scheduled for Friday, January 21, 2011, at 9:00 a.m., Fourth Floor Courtroom, in Fayetteville.

     SO ORDERED this 18th day of January, 2011.

                                                           /s/ Erin L. Setser
                                                          HON. ERIN L. SETSER
                                                          UNITED STATES MAGISTRATE JUDGE