IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **USA** | JUDGE ERIN L. SETSER |
| PLAINTIFF | |
| ATTY: DUSTIN ROBERTS | REPORTER: JANE ANN SHORT |
| | CLERK: JANE ANN SHORT |
| | CASE NO. 5:11M5003-001 |
| **ANDREW AUERNHEIMER** | DATE: JANUARY 21, 2011 |
| DEFENDANT | |
| ATTY: KENNETH OSBORNE | |

ACTION: IN-COURT HEARING

TIME                    MINUTES

| | |
|---|---|
| 9:10 am | Convene |
| | Detention hearing waived |
| | Defendant remanded to U.S. Marshal's service for extradition to New Jersey |
| 9:11 am | Adjourn |
| | |
| | |
| | |
| | |
| | |
| | |
| | |