```
                                          U.S. DISTRICT COURT
                                        WESTERN DIST ARKANSAS
                                               FILED
AO-94 (Rev. 06/09) Commitment to Another District       JAN 21 2011

                                        CHRIS R. JOHNSON, Clerk
                                          By
                                                Deputy Clerk
```

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

V.                                    Case No. 5:11M5003-001

ANDREW AUERNHEIMER              Charging District's Case No.
Defendant                       Mag. No. 11-4022(CCC)

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of New Jersey. The defendant will not need an interpreter.

The defendant is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance, having waived the detention hearing on the date it was scheduled,

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this Order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of the court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

DATE: January 21, 2011

_____
HONORABLE ERIN L. SETSER
U.S. MAGISTRATE JUDGE